IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KIMBERLY KAPP, individually and as mother**     **PLAINTIFFS**
**and next friend of minor, B.K.**

**v.**     **CIVIL ACTION NO.: 1:08-CV-2-HSO-JMR**

**Frank Schiavi, M.D., an individual, and; Living**     **DEFENDANTS**
**Waters Community Medical Center, PLLC, a**
**Mississippi Professional Limited Liability Company;**
**Hung T. Nguyen, M.D., an individual; and**
**Hancock Medical Center, a non-profit Mississippi**
**Corporation**.

### AGREED ORDER OF DISMISSAL

CAME ON for hearing on the motion of the Plaintiffs to dismiss all claims against Hancock Medical Center with prejudice and the Court, being advised that the Plaintiffs and Defendant, Hancock Medical Center, have settled all the disputes with regard to the claims that pertained to Hancock Medical Center, finds that the motion is well-taken and should be granted.

It is therefore,

ORDERED AND ADJUDGED that any and all of the Plaintiffs' claims against Hancock Medical Center are hereby dismissed with prejudice with the parties' to bear their own costs.

SO ORDERED this the 3rd day of September, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

S/Apsilah Owens Millsaps
Apsilah Owens Millsaps, PHV
Attorney for Plaintiffs

S/ Robert Smith
Robert Smith
Attorney for Plaintiffs
MS Bar No.: 7595


Agreed, Prepared and Submitted by:


/s/ Shellye V. McDonald
Shellye V. McDonald
MS Bar No.: 2395
Attorney for Defendant
Hancock Medical Center