IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| KIMBERLY KAPP, *individually and as mother and next friend of minor B.K., and* JUVENILE B.K., *a minor* | § § § | PLAINTIFFS |
| | § | |
| VERSUS | § | CIVIL NO. 1:08-cv-2-HSO-JMR |
| | § | |
| FRANK SCHIAVI, M.D., *et al.* | § | DEFENDANTS |

## FINAL JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned cause is hereby dismissed with prejudice as to all parties.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, pursuant to its Memorandum Opinion and Order entered this same date, Defendant Hung T. Nguyen, M.D., is **ORDERED** to remit $1,160.99 in costs payable to Plaintiffs' counsel, Owens & Millsaps, LLP, within 30 days of the date of this Judgment.

**SO ORDERED** this the 4th day of October, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE